FILED: December 30, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2393
(1:13-cv-00891-LO-TCB)
(10-11559-BFK)

_____

ALEXANDRIA CONSULTING GROUP, LLC

      Appellant

v.

ALEXANDRIA SURVEYS INTERNATIONAL LLC

      Debtor - Appellee

ALEXANDRIA SURVEYS, LLC

      Appellee

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Judge Thacker with the concurrence of Judge Motz and Judge Gregory.

For the Court

/s/ Patricia S. Connor, Clerk